# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVALIN CHARLES BENNETT,      :   No. 78 WM 2015

         Petitioner          :

         v.              :

KENNETH CAMERON,          :

         Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.